UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN - SOUTHERN DIVISION

JANE AAA DOE

                      Plaintiff,

V

MICHIGAN STATE UNIVERSITY;
THE BOARD OF TRUSTEES OF
MICHIGAN STATE UNIVERSITY;
LAWRENCE GERARD NASSAR
(individual and official capacity); USA
GYMNASTICS, INC.; TWISTARS
USA, INC. d/b/a GEDDERTS'
TWISTARS GYMNASTICS CLUB
USA
                  Defendants.

Case No. 1:17-cv-00254

Hon. Gordon J. Quist

James F. Graves (P14288)
Sinas, Dramis, Brake,
Boughton & McIntyre, PC
Attorneys for Plaintiff
3380 Pine Tree Road
Lansing, MI 48911-4207
Ph.: (517) 394-7500
Fax: (517) 394-7510
E: jimgraves@sinasdramis.com

## ERRATA TO PLAINTIFF'S MOTION TO CONSOLIDATE PURSUANT TO FED. R. CIV. P. RULE 42(a)(2)

## TO THE HONORABLE DISTRICT COURT:

Plaintiff hereby gives notice of errata to the Court and all parties regarding pages two (2) and three (3) of "Plaintiff's Motion to Consolidate Pursuant to Fed. R. Civ. P. Rule 42(a)(2)," which was electronically filed on March 20, 2017.

Plaintiff's Motion to Consolidate Pursuant to Fed. R. Civ. P. Rule 42(a)(2) has been modified to correct typographical errors as follows:

- The words "court" in paragraph 1 and "honorable" in paragraph 9 have been capitalized.

- In paragraph 2, "involvr" has been replaced with "involve."

- In paragraph 8, "Motion Consolidate" has been replaced with "Motion to Consolidate."

- Page numbers have been added.

Plaintiff respectfully requests this Honorable Court to substitute Plaintiff's Motion to Consolidate Pursuant to Fed. R. Civ. P. Rule 42(a)(2) with the attached corrected version.

Respectfully Submitted,

**SINAS, DRAMIS, BRAKE, BOUGHTON & McINTYRE, P.C.**

Attorneys for Plaintiff

  /s/ James F. Graves
James F. Graves (P14288)
3380 Pine Tree Road
Lansing, MI 48911
Phone: (517) 394-7500
Fax: (517) 394-7510
DATED:     March 22, 2017        Email: jimgraves@sinasdramis.com

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF MICHIGAN - SOUTHERN DIVISION

JANE AAA DOE

    Plaintiff,

V

MICHIGAN STATE UNIVERSITY;
THE BOARD OF TRUSTEES OF
MICHIGAN STATE UNIVERSITY;
LAWRENCE GERARD NASSAR
(individual and official capacity); USA
GYMNASTICS, INC.; TWISTARS
USA, INC. d/b/a GEDDERTS'
TWISTARS GYMNASTICS CLUB
USA
    Defendants.

Case No._____

Hon._____

---

**James F. Graves (P14288)**
Sinas, Dramis, Brake,
Boughton & McIntyre, PC
Attorneys for Plaintiff
3380 Pine Tree Road
Lansing, MI 48911-4207
Ph.: (517) 394-7500
Fax: (517) 394-7510
E: jimgraves@sinasdramis.com

---

## PLAINTIFF'S MOTION TO CONSOLIDATE PURSUANT TO FED. R. CIV. P. RULE 42(a)(2)

**NOW COMES** Plaintiff Jane AAA Doe, by and through her attorneys, Sinas, Dramis, Brake, Boughton & McIntyre, P.C., and for her Motion to Consolidate Pursuant to F.R.C.P. Rule 42(a)(2), states as follows:

1. Jane AAA Doe respectfully moves this Court to consolidate the above-entitled action with the case of *Rachael Denhollander, et al v. Michigan State University, et al*, Case No. 1:17-cv-00029, (W.D. Mich. filed Jan. 10, 2017), pursuant to Federal Rule of Civil Procedure 42(a)(2).

2. Plaintiff Jane AAA Doe's claims involve questions of law and fact common to the main action against the defendants Michigan State University, The Board of Trustees of Michigan State University, Lawrence Gerard Nassar, and Twistars USA, Inc. d/b/a Gedderts' Twistars Gymnastics Club USA.

3. As stated in greater detail in Jane AAA Doe's attached Proposed Complaint, Jane AAA Doe is also a victim of sexual abuse committed by Defendant Nassar and seeks to maintain causes of action against all of the same named defendants in this action.

4. Jane AAA Doe's name has been withheld from this Motion and the proposed Complaint to protect her identity as her claims involve sexual assault, battery, molestation, and harassment, and other conduct which is considered extremely personal in nature.

5. If this Motion is granted, Jane AAA Doe will seek an Order of the Court regarding disclosure of her identity and all conditions for disclosure.

6. Federal Rule of Civil Procedure 42(a)(2) gives the court authority to consolidate separate actions if those actions involve a common question of law or fact.

7. "Fed. R. Civ. P. 42 confers on the district court broad discretionary powers for consolidation of actions involving a common question of law or fact." *Prudential Ins. Co. v. Saxe*, 134 F.2d 16 (D.C. Cir. 1943). Furthermore, "Rule 42(a) was designed and intended to encourage consolidation wherever possible." *United States v. Knauer*, 149 F.2d 519 (7th Cir. 1945).

8. In the interest of efficiency and judicial economy, granting Jane AAA Doe's Motion to Consolidate in this matter is warranted.

9. No prejudice will result from the consolidation of these cases.

**WHEREFORE**, Plaintiff Jane AAA Doe respectfully requests that this Honorable Court grant Plaintiff's Motion to Consolidate Pursuant to Fed. R. Civ. P. 42(a)(2).

Respectfully submitted:

**SINAS, DRAMIS, BRAKE, BOUGHTON & McINTYRE, P.C.**

Attorneys for Plaintiff

DATED:   March 20, 2017

/s/James F. Graves
James F. Graves (P14288)
3380 Pine Tree Road
Lansing, Michigan 48911
Phone: (517) 394-7500
Fax: (517) 394-7510
Email: jimgraves@sinasdramis.com